**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

No. 97-1567

_____

| | | |
|---|---|---|
| Steven Scott Daffer; Shelly Lynn Daffer, | * * * | |
| Appellants, | * * | |
| v. | * * * | Appeal from the United States District Court for the District of Nebraska |
| John R. Battershell, District Judge, Red Willow County, Nebraska; Eric B. Eisenhart; Steve Hollers; Thomas L. Johnson; Gene Mahon; Jerry Runyan; Unknown Does, 1 to 99, | * * * * * * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: July 2, 1997
Filed: July 21, 1997

_____

Before McMILLIAN, FAGG and LOKEN, Circuit Judges.

_____

PER CURIAM.

Steven Scott Daffer and Shelly Lynn Daffer appeal from a final order of the United States District Court[1] for the District of Nebraska, dismissing their complaint with prejudice for failing to comply with Federal Rule of Civil Procedure 8, and denying their motion for summary judgment. We have carefully reviewed the record and we affirm on the basis of the district court's opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, adopting the report and recommendation of the Honorable David L. Piester, United States Magistrate Judge for the District of Nebraska.